IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY LAMAR NELMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-750-ID |
| | ) | [WO] |
| | ) | |
| THE BOARD OF PARDONS AND | ) | |
| PAROLE COURT HEARINGS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is ADOPTED. It is further

ORDERED as follows:

a. Plaintiff's complaint against Defendant Alabama Board of Pardons and Paroles is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

b. Plaintiff's challenge to the revocation of his parole is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii);

      and

c.     the complaint under 42 U.S.C. § 1983 is DISMISSED prior to service of process.

Done this 16th day of September, 2009.

                    /s/ Ira DeMent
                    SENIOR UNITED STATES DISTRICT JUDGE